IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHELLE MORTON,

    Plaintiff,

v.                                        CASE NO. 4:18cv177-RH/CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.

_____/

## ORDER ON SERVICE OF PROCESS

The plaintiff's response to the order of June 9, 2018 indicates that process has been served on one defendant and explains the delay in serving the other defendant. Accordingly, the case will not be dismissed for failure to serve process by the deadline under Federal Rule of Civil Procedure 4(m).

SO ORDERED on June 18, 2018.

                                          s/Robert L. Hinkle
                                          United States District Judge