# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICHELLE MORTON,

        Plaintiff,

v.                                      Case No. 4:18cv177-RH/CAS

UNITED STATES OF AMERICA &
PAUL ROLSTON,

        Defendants.

_____/

## **NOTICE OF APPEARANCE**

    Defendant, United States of America, respectfully gives notice that it will represented in this action by the undersigned. All pleadings, correspondence, or other papers should be so directed.

Respectfully submitted on July 6, 2018,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
Northern District of Florida
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430
andrew.grogan@usdoj.gov