# PROOF OF SERVICE

NAME OF CASE: Michelle Morton vs. United States of America
CASE NUMBER: 4:18CV177 RH/CAS

This **Subpoena / Summons** (name of individual and title, if any) Paul H Rolston
was received by me on (date) 06/04/19.

- ☐ I personally served the **Subpoena / Summons** on the individual at (place) 501 Capital Circle NE Tallahassee on (date) 06/04/19; or,

- ☐ I left the **Subpoena / Summons** at the individual's residence or usual place of abode with (name) _____ a person of suitable age and discretion who resides there on (date) _____ and mailed a copy to the individual's last known address; or,

- ☐ I served the **Subpoena / Summons** on (name of individual) _____, who is designated by law to accept Service of Process on behalf of (name of organization) _____ on (date) _____; or

- ☐ I returned the **Subpoena / Summons** unexecuted because _____; or

- ☑ Other (specify): Paul Rolston was served by dropping the Summons at his feet. He stated he was not accepting them.

Unless this Subpoena was issued on behalf of the United States or one of its officers or agents, I have also tendered witness fees for one day's attendance and the mileage allowed by law in the amount of: $_____

My fees are $_____ for travel and $_____ for services for a total of $_____

I declare under the penalty of perjury that this information is true.

06/04/19 11:45/AM
**Date**

B Webster
**Server's Signature**

Beau Webster, President
**Printed Name and Title**

Webster's Investigative Services, LLC
10223 Woodville Hwy
Tallahassee, FL 32305
**Server's Address**