IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FLORIDA

NORTHERN DIVISION

MICHELLE MORTON # 19-4-VB-138                                    PETITIONER,

V.                                                    CIVIL ACTION NO. 3:~~16-cv-933-HTW-LRA~~

PAUL ROLSTON                                                    4:18-cv-177-RHCAS

FEDERAL BUREAU OF PRISONS

DEFENDANTS' MOTION FOR EXTENSION OF TIME

TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Officer Paul Rolston, by and through the Acting United States Attorney for the Northern District of Florida and the undersigned Assistant U.S. Attorney, respectfully move under Rule 6 of the Federal Rules of Civil Procedure for a 90-day extension of time within which to respond to Plaintiff Michelle Morton complaint, and for good cause would show:

Plaintiff Morton, an inmate in custody of the Federal Correctional Complex, Tallahassee, Florida, filed a complaint naming an employee, Paul Rolston and the Federal Bureau of Prisons. Morton sues Rolston in his individual capacity. She alleges her constitutional rights were violated by Rolston. Because he is being sued in his individual capacity, Rolston is entitled to request representation by the Department of Justice under Title 28, Code of Federal Regulations, Section 50.15. The federal employee has requested representation but it has not yet been assigned and, on or about June 20, 2017, their requests were granted. Therefore, the United States Attorney's Office for the Southern District of Florida now has the authority to represent the defendant.

According to the Court docket, Rolston and the Justice Department Attorneys were served a copy of the summons and complaint on April 3, 2017. See Process Receipt & Return, ECF Nos. 16 & 17. The civil-process clerk at the United States Attorney's Office received a copy of the summons and complaint on April 13, and the Attorney General of the United States received a copy of the summons and complaint on April 17, 2017. Rolston is a "United States Federal Law Enforcement Officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf," under Rule 12(a)(3) of the Federal Rules of Civil Procedure, they are entitled to 60 days after service on them or the United States Attorney, whichever is later, to answer or otherwise respond to the complaint. See Fed. R. Civ. P. 12(a)(3). Accordingly, Rolston's answer or first responsive pleading is due for some time in August.

Defendant Rolston and the United States and undersigned counsel, however, need additional time to have a lawyer assigned, review Morton's medical records, which are extensive, and investigate and

2

respond to the allegations in the complaint. For these reasons, the federal defendants respectfully move for an additional 90 days, to answer or otherwise respond to the complaint. This motion, which is Rolston's first request for additional time, is not brought for the purpose of an improper delay but so an attorney can be assigned and that justice may be done. An extension of time will allow Rolston to address adequately the issues raised in the complaint and will provide the counsel with additional time to review the Bureau's investigation of the allegations in the complaint. Such an extension of time will not prejudice Morton, who is currently under the care of and receiving medical care from Bureau staff.

By requesting this additional time, neither federal defendant waives, but specifically reserves, any and all defenses available under the Federal Rules of Civil Procedure. Because Morton is pro se and currently incarcerated by the Federal Bureau of Prisons in another location, the undersigned counsel is unable to contact her to obtain his consent for the requested extension of time. Additionally, the undersigned counsel requests relief from the obligation to file a memorandum brief in support of this motion pursuant to Rule 7(b)(4) of the Local Uniform Civil Rules of the United States District Courts for the Northern and Southern District of Florida. See L. U. Civ. R. 7(b)(4).

In sum, Rolston, through the United States and undersigned counsel, respectfully request the Court grant this motion for an extension of time to answer or otherwise respond to Morton's complaint, thus extending the deadline to answer or otherwise respond to the complaint from June 27 until August 11, 2017.

Date: August 5, 2019

Respectfully submitted,

PAUL ROLSTON

FEDERAL LAW ENFORCEMENT-MEDICAL OFFICER

BUREAU OF PRISONS, DEPARTMENT OF JUSTICE

CERTIFICATE OF SERVICE

I, PAUL ROLSTON, Federal Law Enforcement Officer, hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court, and I further certify that a true copy of the above and foregoing document was mailed via United States Mail, postage prepaid, to the pro se plaintiff as follows:

3

PRO SE PLAINTIFF

Cook, James V

314 W Jefferson St, Tallahassee, FL 32301

Phone: (850) 222-8080

cookjv@gmail.com


OF COUNSEL:

Joshua Robles

Supervisory Attorney

Consolidated Legal Center

Federal Bureau of Prisons

Federal Correctional Complex

Post Office Box 5666

Yazoo City, Mississippi 39194

Telephone: (662)-751-4933

jrobles@bop.gov