# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MICHELLE MORTON,

    Plaintiff,

v.                              CASE NO. 4:18cv177-RH/CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO
## DEPOSE WITNESSES IN CUSTODY

    IT IS ORDERED:

    1. The government's unopposed motion for leave to depose individuals who are in custody, ECF No. 38, is granted.

    2. Depositions must take place at a time and under conditions acceptable to officials of the facilities.

    3. The discovery deadline remains March 9. But if the plaintiff consents or the court so orders on a further motion, the defendant may depose after the discovery deadline individuals for whom the plaintiff first made Federal Rule of

Civil Procedure 26(a)(1) disclosures on February 10, 2020. Any such deposition must be taken on or before March 27.

    4. This order does not change any other deadlines, including those for summary-judgment motions and mediation.

    SO ORDERED on February 18, 2020.

                                    s/Robert L. Hinkle
                                    United States District Judge