UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHELLE MORTON;　　　　　　　　CONSOLIDATED
CHARNESHA ALEXANDER;　　　　　CASE NO. 4:18-cv-177-RH-CAS
and ASHLEY BARNETT,

　　　Plaintiffs,

vs.

UNITED STATES OF AMERICA
and PAUL ROLSTON,

　　　Defendants.
_____/

# MEDIATION REPORT
# (AS TO PLAINTIFF BARNETT ONLY)

　　　The mediator files his report to the Court and advises that a mediation conference was held on February 18, 2021 at which the parties and attorneys of record appeared. The Court is further advised the parties were able to reach a complete settlement agreement in this case.

　　　　　　　　　　　　　　　Dated:  February 19, 2021.

　　　　　　　　　　　　　　　s/ *Thomas H. Bateman III*
　　　　　　　　　　　　　　　Thomas H. Bateman III, Mediator
　　　　　　　　　　　　　　　Fla. Bar No. 349781
　　　　　　　　　　　　　　　Certified Circuit Civil Mediator No.
　　　　　　　　　　　　　　　　　21641 CRA
　　　　　　　　　　　　　　　Messer Caparello, P.A.
　　　　　　　　　　　　　　　2618 Centennial Place
　　　　　　　　　　　　　　　Tallahassee, FL 32308
　　　　　　　　　　　　　　　850-222-0720

Copies served via CM/ECF